[ECF No. 52]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOHN MICHAEL COHAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BERLIN BOROUGH POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Civil No. 21-15452 (RMB)(EAP)<br><br>ORDER |

  This matter having come before the Court by way of Plaintiff John Michael Cohan's motion, ECF No. 52, seeking a stay of proceedings in this matter until the resolution of his state criminal case; and the Court noting that Defendants do not oppose the motion, *see* ECF No. 58; and the Court having considered the parties' submissions; and for good cause shown;

  **IT IS** this **2nd** day of **March 2023**;

  **ORDERED** that Plaintiff's motion to stay proceedings, ECF No. 52, is **GRANTED**; and it is further

  **ORDERED** that this action is **ADMINISTRATIVELY TERMINATED** pending the resolution of Plaintiff's state criminal case; and it is further

  **ORDERED** that this Order shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

  **ORDERED** that Plaintiff may request that this matter be reopened and restored to the Court's active docket following final disposition of Plaintiff's state criminal case; and it is further

**ORDERED** that the Court will conduct a telephone status conference on **June 1, 2023, at 11:00 a.m.**  The parties shall dial **1-888-684-8852, access code 1051623#** to connect to the call.

s/ Elizabeth A. Pascal<br>
ELIZABETH A. PASCAL<br>
United States Magistrate Judge

cc: Hon. Renée M. Bumb, U.S.D.J.